FILED

2016 OCT 31  PM 3: 57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

ORIGINAL

Geoffrey Wilson _____ (Full Name)

yw recovery@live.com (Email Address)

3923 W. 58 Pl _____ (Address Line 1)

Los Angeles CA 90043 (Address Line 2)

323 407 5607 _____ (Phone Number)

Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GEOFFREY FITZGERALD WILSON

Plaintiff,

vs.

TANNAZ H. AZINKHAN, PH.D.
SHARPER FUTURE, DOES 1-10

_____

_____

Defendant(s).

Case No.: CV 16-8092 - JVS (JC)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☑ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events took place in Los Angeles CALIFORNIA

Form prepared by Public Counsel.
© 2010, 2013 Public Counsel.
All rights reserved.
Revised: August 2013

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3.    Plaintiff Geoffrey Wilson _____ resides at:
*(your full name)*

3923 W. 58Th Pl, Los Angeles California _____
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant Tannaz H. Azinkhan _____ works at
*(full name of Defendant)*

1706 S. Figueroa St, Los Angeles CA _____.
*(Defendant's place of work)*

Defendant's title or position is psychologist _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because: Plaintiff was required by law ~~entirely th~~ to attend ~~the~~ Azinkhan's therapy sessions.

5. Defendant Sharper Future _____ works at
*(full name of Defendant)*

1706 S. Figuera St Los Angeles CA _____.
*(Defendant's place of work)*

Defendant's title or position is Contractor with California _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because: Sharer Future produced services under contract with the State that plaintiff was required to attend under law,

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

6. Defendant _Doe_____ works at
*Insert ¶ #*                    *(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _Administrator_____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _Does was_
_the policy maker for employees of Sharper Future._
_____
_____

7. Defendant _Doe_____ works at
*Insert ¶ #*                    *(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _Doe was_
_a policy maker for employees of Sharper Future._
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

Name: Geoffrey Wilson

Address: 3923 West 58 Place

Los Angeles CA 90043

Phone: (323) 407-5607

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY FITZGERALD WILSON | CASE NUMBER: |
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | |
| TANNZ H. AZINKHAN PH.D, SHARPER FUTURE, DOES 1-10 | *FACTS* |
| Defendant(s). | |

1. Plaintiff is informed and believes, and on that basis alleges, that Defendant Azinkhan is, and at all relevant times mentioned herein has been an employee of Sharper Future.

2. Plaintiff is informed and believes, and on that basis alleges, that Defendant Azinkhan is, and at all relevant times mentioned herein has been psychologist licensed in California.

3. At all times herein mentioned, Defendants, and each of them, were at all times herein acting under color of state law and were acting for and on behalf of the California Department of Corrections and Rehabilitation.

4. On October 25, 2014 Defendant Azinkhan read Plaintiff's arrest record to the attendees of the group-treatment session that she conducted without Plaintiff's consent.

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

5.  Plaintiff attended the group-treatment session because it was required under his conditions of parole.

6.  Defendant Azinkhan had privileged access to Plaintiff's arrest record. She had a duty to refrain from releasing private, confidential, or privileged information, and attempt to protect persons from harm, misuse, or misrepresentation as a result of her statements.

7.  Defendant Azinkhan breached her duty when she disclosed to members of the therapy group information from Plaintiff's arrest record.

8.  On November 1, 2014 starting at approximately 12:05 pm Defendant Azinkhan conducted the group-therapy session with Plaintiff in attendance. Azinkhan told Plaintiff that he would not be allowed to answer questions by saying "I did not commit the crime".

9.  As Plaintiff wrote down Azinkhan's prohibition on the back of the questionnaire, she ask him "what are you writing?" to which he replied "What you said" at which point Azinkhan ordered Plaintiff to "get out". Plaintiff said "thank you".

10. Plaintiff uttered a total of five words during the entire session that day and left Sharper Future's premises within 11 minutes after the group-therapy session began.

11.  Plaintiff is informed and believes, and on that basis alleges, that Defendant Azinkhan reported to a law enforcement agent that Plaintiff disrupted the session for a period in excess of one half hour.

## V. CLAIMS

### Claim #1

8. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

9. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

Insert ¶ # federal constitutional or statutory civil right: Due Process Under 5th, 6th, and 14th Amendments

10. The above civil right was violated by the following Defendants:

Insert ¶ # Azinkhan, Sharper Future, Does 1-10

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

11. Azinkhan misrepresented facts in her report to ~~parole officer~~ law enforcement when she told them plaintiff disrupted the meeting for 40 minutes and thereby causing plaintiff to be arrested and failed. Sharper Future and Does 1-10 created an atmospher where this mistreatment was tolarated and condoned.

Insert ¶ #

12. As a result of the Defendant's violation of the above civil right, Plaintiff

Insert ¶ # was harmed in the following way: Plaintiff lost the Company he managed, his accounting clients, respect in community.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(2

*(insert Claim#)*

13. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*  Defendants violated the plantiff's right to be free of cruel and unusual punishment under the 8th Amendent

14. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*  Azinkhan, Sharper Future, Does 1-10

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

15. Azinkhan used her privilaged position under law to subject plaintiff to excess mental stress and cruelty

*Insert ¶ #*

16. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*  Plaintiff was unable to reinter the workforce or society in a meaningful why

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS
## Claim #1 3

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

___.   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

Insert ¶ #   federal constitutional or statutory civil right: Free speech

Under 1st amendment

___.   The above civil right was violated by the following Defendants:

Insert ¶ #

Azinkhan

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___.   Azinkhan ordered, under authority of law,

Insert ¶ #   that I could not say I did not commit the crime

___.   As a result of the Defendant's violation of the above civil right, Plaintiff

Insert ¶ #   was harmed in the following way:

I was denied help from mental health professionals in dealing with my situation

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:   $500,000

17 .
*Insert ¶ #*

18 . Damages according to proof.
*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Dated: 10-31-2016

Sign: Geoffrey Wilson

Print Name: Geoffrey Wilson

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _10-31-2016_

Sign: _Geoffrey Wilson_

Print Name: _Geoffrey Wilson_

Civil Rights Complaint Pursuant to U.S.C. § 1983