# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-8092 JVS(JC) | Date | December 20, 2017 |
|---|---|---|---|
| Title | Geoffrey Fitzgerald Wilson v. Tannaz H. Azinkhan, Ph.D., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE DISMISSAL

On October 31, 2016, plaintiff Geoffrey Fitzgerald Wilson, who is at liberty, is proceeding *pro se*, and has been granted leave to proceed *in forma pauperis*, filed a Civil Rights Complaint ("Original Complaint") pursuant to 42 U.S.C. § 1983 against multiple defendants. On July 25, 2017, the Court dismissed the Original Complaint with leave to amend. On September 7, 2017, plaintiff filed the operative First Amended Complaint.

On November 20, 2017, the Court dismissed the First Amended Complaint with leave to amend and directed plaintiff, within fourteen (14) days, to file a Second Amended Complaint or a signed Notice of Dismissal. The Court further expressly cautioned plaintiff in bold-faced print that the failure timely to file a Second Amended Complaint or a Notice of Dismissal may be deemed plaintiff's admission that amendment is futile and may result in the dismissal of this action, with or without prejudice, on the grounds set forth in such Order, on the ground that amendment is futile, for failure diligently to prosecute, and/or for failure to comply with such Order.

To date, although the foregoing deadline has expired, plaintiff has failed to file a Second Amended Complaint or a Notice of Dismissal, or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **December 27, 2017**, why plaintiff's failure to file a Second Amended Complaint or a Notice of Dismissal should not be deemed plaintiff's admission that amendment is futile and why this action should not be dismissed on the grounds set forth in the November 20, 2017 Order, on the ground that amendment is futile, based upon plaintiff's failure to prosecute, and/or based upon plaintiff's failure to comply with the November 20, 2017 Order. **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8092 JVS(JC) | Date | December 20, 2017 |
|---|---|---|---|
| Title | Geoffrey Fitzgerald Wilson v. Tannaz H. Azinkhan, Ph.D., et al. | | |

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, may be deemed plaintiff's admission that amendment is futile and may result in the dismissal of this action on the ground that amendment is futile, on the grounds set forth in the November 20, 2017 Order, based upon plaintiff's failure to prosecute this action and/or based upon plaintiff's failure to comply with the Court's Orders.**

IT IS SO ORDERED.

Attachment