UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY FITZGERALD WILSON, <br> Plaintiff, <br> v. <br> TANNAZ H. AZINKHAN, Ph.D., et al., <br> Defendants. | Case No. CV 16-8092 JVS(JC) <br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS ADJUDGED that this action is dismissed due to plaintiff's failure to state a claim upon which relief can be granted, his failure to comply with the November 20, 2017 Order Dismissing First Amended Complaint with Leave to Amend and the December 20, 2017 Order to Show Cause Re Dismissal, and his failure diligently to prosecute.

IT IS SO ADJUDGED.

DATED: January 23, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE